# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 128 MM 2020

       Respondent                 :

           v.                        :

RAMEL M. MOSLEY,              :

          Petitioner              :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of August, 2020, the Application to Exceed Word Limit is DENIED. Counsel is DIRECTED to file a Petition for Allowance of Appeal that complies with Rule of Appellate Procedure 1115(f) within 30 days from the date of this Order.